IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALTER WILLIAM SELMON                                                                    PLAINTIFF

v.                                        Case No. 1:16-cv-1087

DR. DELUCCA; NURSE SHERYL
MENDENHALL; JAMES BOLTEN;
and DAVID NORWOOD                                                                       DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed June 23, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 12) be granted and that Plaintiff Walter William Selmon's case be dismissed with prejudice. Plaintiff filed objections to the Report and Recommendation.[1] The Court finds the matter ripe for consideration.

Upon consideration, Plaintiff's objections are not directly responsive to the Report and Recommendation and offer no error of law or fact from which the Court finds it necessary to depart from the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 17). Defendants' Motion for Summary Judgment (ECF No. 12) is hereby **GRANTED**. Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of October, 2017.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge

---

[1] Plaintiff's objections to the Report and Recommendation were due on July 10, 2017, and Plaintiff did not file objections to the Report and Recommendation by this deadline. On July 11, 2017, Plaintiff filed a notice of appeal, indicating his intent to appeal the Report and Recommendation to the Eighth Circuit. On October 2, 2017, the Eighth Circuit dismissed Plaintiff's appeal and directed the Court to treat Plaintiff's notice of appeal as a timely objection to the Report and Recommendation.